IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR LUIS CASTILLO, : Civil No. 3:17-cv-2271
:
Plaintiff : (Judge Mariani)
:
v. :
:
PATTI MANFRE, et al., :
:
Defendants :

**FILED SCRANTON MAY 23 2018 PER ___ DEPUTY CLERK**

## ORDER

**AND NOW**, this 23rd day of May, 2018, upon consideration of Defendants' motion (Doc. 17) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 17) to dismiss is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge